UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1072 (PLF) |
| WASHINGTON METROPOLITAN TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

ORDER

On June 15, 2007, plaintiff filed a complaint in this Court asserting claims of negligence and negligence *per se*. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name *and full residence address* of the party." Plaintiff's complaint does not. Accordingly, it is hereby

ORDERED that plaintiff shall, on or before July 6, 2007, file an amended complaint that includes in the caption plaintiff's full residence address.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 26, 2007