UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jane Washburn Robinson <br> 404 Duke St <br> Alexandria, VA 22314 <br> <br> Plaintiff, <br> v. <br> <br> The Washington Metropolitan Area Transit Authority, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-cv-01072 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S NOTICE OF FILING OF FIRST AMENDED COMPLAINT
WITH FULL RESIDENCE ADDRESS IN THE CAPTION**

On June 27, 2007, the Court ordered Plaintiff to file an amended complaint by July 6, 2007, with the Plaintiff's full residence address in the caption, as required by Local Rule 5.1(e)(1). Before the Court issued its Order, Plaintiff filed a First Amended Complaint that included her full residence address in the caption.

Dated: July 2, 2007

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Richmond T. Moore
    F. Lane Heard III (D.C. Bar No. 291724)
    Richmond T. Moore (D.C. Bar No. 483811)

    725 12th Street, N.W.
    Washington, D.C. 20005
    (202) 434-5000
    (202) 434-5029 (fax)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2007 a true and correct copy of the foregoing Plaintiff's Notice Of Filing Of First Amended Complaint With Full Residence Address In The Caption was electronically filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was sent by first-class mail to the defendant at the address listed below.

/s/   Richmond T. Moore
Richmond T. Moore

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*rtmoore@wc.com*

Washington Metropolitan Area Transit Authority
600 Fifth St., NW
Washington, DC 20001