**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

_____
                                )
JANE WASHBURN ROBINSON,         )
                                )
                                )
            Plaintiff           )        No. 07-01072 (PLF)
                                )
                                )
v.                              )
                                )
WASHINGTON METROPOLITAN         )
 AREA TRANSIT AUTHORITY,        )
                                )
                                )
            Defendant           )
_____)

## ANSWER OF DEFENDANT WMATA TO FIRST AMENDED COMPLAINT

Comes now the Washington Metropolitan Area Transit Authority ("WMATA") or

("Defendant") and for its Answer to the first Amended Complaint states as follows:

### FIRST DEFENSE

The Complaint herein fails to state a cause of action against WMATA for which

relief may be granted.

### SECOND DEFENSE

1.    Paragraph 1 of the First Amended Complaint purports to characterize the

First Amended Complaint and no answer to this "introduction" is required.   WMATA

denies the liability allegations of paragraph 1 of the First Amended Complaint.

2.    Defendant is without sufficient knowledge, information or belief to answer

the allegations of paragraph 2 of the First Amended Complaint and on that basis denies

1

said allegations.

3.    WMATA admits the allegations of paragraph 3 of the First Amended

Complaint except "transit authority" and agency and instrumentality .of the signatories

to interstate compact of Virginia, Maryland and the District of Columbia.

4.    WMATA denies the allegations of paragraph 4 of the First Amended

Complaint; WMATA is not subject to diversity jurisdiction.

5.    WMATA admits the allegations of paragraph 5 of the First Amended

Complaint.

6.    WMATA admits the allegations of paragraph 6 of the First Amended

Complaint.

7.    WMATA lacks sufficient knowledge, information or belief to answer the

allegations of paragraph 7 of the First Amended Complaint and on that basis denies

said allegations.

8.    WMATA lacks sufficient knowledge, information or belief to answer the

allegations of paragraph 8 of the First Amended Complaint and on that basis denies

said allegations.

9.    WMATA lacks sufficient knowledge, information or belief to answer the

allegations of paragraph 9 of the First Amended Complaint and on that basis denies

said allegations.

10.    WMATA lacks sufficient knowledge, information or belief to answer the

remaining allegations of paragraph 10 of the First Amended Complaint and on that

basis denies said allegations.

11.    WMATA lacks sufficient knowledge, information or belief to answer the

allegations of paragraph 11 of the First Amended Complaint and on that basis denies said allegations.

12.    WMATA denies the allegations of paragraph 12 of the First Amended Complaint.

13.    WMATA admits the allegations of paragraph 13 of the First Amended Complaint.

14.    WMATA admits that an ambulance arrived at the scene and that plaintiff was transported from the scene of the occurrence.  .  WMATA lacks sufficient knowledge, information or belief to answer the remaining allegations of paragraph 14 of the First Amended Complaint and on that basis denies said allegations.

15.    WMATA lacks sufficient knowledge, information or belief to answer the allegations of paragraph 15 of the First Amended Complaint and on that basis denies said allegations.

16.    WMATA lacks sufficient knowledge, information or belief to answer the allegations of paragraph 16 of the First Amended Complaint and on that basis denies said allegations.

17.    WMATA lacks sufficient knowledge, information or belief to answer the allegations of paragraph 17 of the First Amended Complaint and on that basis denies said allegations.

18.    WMATA denies that it was negligent.  WMATA lacks sufficient knowledge, information or belief to answer the remaining allegations of paragraph 18 of the First Amended Complaint and on that basis denies said allegations.

**COUNT I**

## NEGLIGENCE

19.     WMATA incorporates by reference its answers to paragraphs 1-18 above in response to paragraph 19 of the First Amended Complaint as if set out in full herein.

20.     WMATA denies the allegations of paragraph 20 of the First Amended Complaint.

21.     Paragraph 21 is a legal conclusion that requires no answer.  To the extent an answer is required, WMATA admits that the bus operator  was acting in the scope of his employment.  WMATA lacks sufficient knowledge, information or belief to answer the remaining allegations of paragraph 21 of the First Amended Complaint and on that basis denies said allegations

22.     WMATA denies the allegations of paragraph 22 of the First Amended Complaint..

## COUNT II

## NEGLIGENCE PER SE

23.     WMATA incorporates by reference the allegations of paragraphs 1-22 above as set forth herein in answer to paragraph 23 of the First Amended Complaint.

24.     WMATA denies the allegations of paragraph 24 of the First Amended Complaint.

25.     WMATA admits that the driver was acting within the scope of his employment.   Except as expressly admitted, WMATA denies the remainder of the allegations of paragraph 25 of the First Amended Complaint.

26.     WMATA denies the allegations of paragraph 26 of the First Amended

4

Complaint.

    27.    Paragraph 27 requires no answer.

## THIRD AFFIRMATIVE DEFENSE

*28.*    Plaintiff's claims are barred by the doctrine of contributory negligence.

## FOURTH AFFIRMATIVE DEFENSE

29.    Plaintiff's claims are barred by the doctrine of assumption of the risk.

## FIFTH AFFIRMATIVE DEFENSE

30.    Plaintiff's action is barred in whole or in part by Section 80 of the WMATA Compact, WMATA's sovereign and governmental immunity and applicable law.

## SIXTH AFFIRMATIVE DEFENSE

31.    Any claim for pre-judgment interest, attorneys fees and/or punitive damages are barred as a matter of law.

## SEVENTH AFFIRMATIVE DEFENSE

32.    WMATA reserves the right to assert that any injuries suffered by plaintiff were the result of the acts, in whole or in part, of a person or persons other than WMATA should discovery provide a basis therefore.

33.    Further answering the First Amended Complaint, WMATA denies all allegations of negligence and other improper conduct and further denies all allegations of liability or damages not specifically admitted or otherwise answered.

WHEREFORE, WMATA prays that plaintiff take nothing by her complaint and that the action be dismissed and costs assessed against the plaintiff.

Respectfully submitted,

Carol B. O'Keeffe
General Counsel

Mark F. Sullivan
Deputy General Counsel

Kathleen A. Carey #357990
Assistant General Counsel
(202) 962-1496

_____/s/_____
David J. Shaffer #413484
Assistant General Counsel
(202) 962-2820
600 Fifth St., N.W.
Washington, D.C. 20001

Attorneys for Defendant WMATA

6