## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON<br>404 Duke Street<br>Alexandria, Virginia 22314 | 1:07-cv-01072 (PLF) |
| Plaintiff, | |
| v. | |
| WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY | |
| Defendant. | |

### ENTRY OF APPEARANCE

Please note the appearance of the undersigned as co-counsel for the Defendant.

Respectfully Submitted,

  /s/
Kathleen A. Carey
Unified Bar No: 357990
Assistant General Counsel
600 5th Street, N.W. Room 2B-11
Washington, D.C. 20001
202-962-1496
Kcarey@wmata.com

CERTIFICATE OF SERVICE

Counsel comes before this Court and states that this entry of appearance was electronically sent to counsel for the plaintiff, F. Lane Heard, III and Richmond T. Moore, Williams & Connolly, LLP, 725 12th Street, N.W., Washington, D.C. 20005 on this 19th day of July, 2007.

/s/
Kathleen A. Carey