## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Jane Washburn Robinson,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-cv-1072 |
| **The Washington Metropolitan Area** ) | |
| **Transit Authority,** ) | |
| ) | |
| Defendant. ) | |

### CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE

For the following reasons, Plaintiff Jane Washburn Robinson moves the Court to reschedule the status conference currently set for Friday, September 14, 2007, at 10:30 a.m. to Wednesday, September 12th, 2007, at 10:00 a.m.

1. On August 9, the Court set an initial Meet and Confer Status Conference for September 4.

2. On August 20, the Court reset the status conference for September 14, at 10:30 a.m.

3. Plaintiff's counsel has a client meeting in Philadelphia in another case on the morning of September 14.

4. Upon request by Plaintiff's counsel, the Court's staff provided September 12, at 10:00 a.m., as an alternate time for the status conference.

5. Defendant's counsel, Kathleen Carey, has consented to rescheduling the status conference for that time.

1

Respectfully submitted,


  /s/  Richmond T. Moore
F. Lane Heard III
Richmond T. Moore

Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000

*Attorneys for Plaintiff Jane Washburn Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August 2007 a true and correct copy of the foregoing Consent Motion To Reschedule Status Conference was served on the defendant at the address listed below through the Court's ECF system .

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

 /s/  Richmond T. Moore
Richmond T. Moore

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000
*rtmoore@wc.com*

3