UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Washburn Robinson<br>404 Duke St<br>Alexandria, VA 22314<br><br>            Plaintiff,<br>    v.<br><br>The Washington Metropolitan Area Transit<br>Authority,<br><br>            Defendant. | Civil Action No. 1:07-cv-01072 |

### MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

For the reasons set forth in the accompanying memorandum, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff moves for an extension of the remaining deadlines set forth in the Court's September 18, 2007 Scheduling Order. A proposed order is attached.

                                    Respectfully submitted,

                                    WILLIAMS & CONNOLLY LLP


                                    By:  /s/ Richmond T. Moore_____
                                        F. Lane Heard III (D.C. Bar No. 291724)
                                        Richmond T. Moore (D.C. Bar No. 483811)

                                        725 12th Street, N.W.
                                        Washington, D.C. 20005
                                        (202) 434-5000
                                        (202) 434-5029 (fax)

                                    *Attorneys for Plaintiff*

Dated:  November 29, 2007

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 29th day of November 2007 a true and correct copy of the foregoing Motion for Extension of Deadlines in Scheduling Order was served on the defendant at the address listed below through the Court's ECF system.

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

            /s/ Richmond T. Moore
            Richmond T. Moore

            WILLIAMS & CONNOLLY LLP
            725 12th Street, NW
            Washington, DC 20005-5901
            (202) 434-5000
            *rtmoore@wc.com*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Washburn Robinson<br>404 Duke St<br>Alexandria, VA 22314<br><br>            Plaintiff,<br>     v.<br><br>The Washington Metropolitan Area Transit Authority,<br><br>            Defendant. | Civil Action No. 1:07-cv-01072 |

## PROPOSED AMENDED SCHEDULING ORDER

The Court entered a Scheduling Order on September 18, 2007. Plaintiff has filed a Motion for Extension of Deadline in Scheduling Order. For good cause, that motion is GRANTED. As a result, it is hereby ORDERED that[1]

1. Discovery shall be completed by May 30, 2008. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

2. Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

3. Each party is limited to a maximum of 10 depositions.

4. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by January 31, 2008.

5. Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by March 28, 2008.

---

[1] This Amended Scheduling Order includes only the remaining deadlines. All deadlines that have already passed in the September 18, 2007 Scheduling Order remain in effect.

    6.  Depositions of each party's retained experts shall be completed by May 30, 2008.

    7.  Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

    8.  A further status conference will be scheduled in May 2008 at a date to be determined by the Court.

    9.  Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available upon request of the Court at any time, as is a settlement conference before a magistrate judge.   If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

    10.  Counsel are reminded to comply with Local Rule 7(m), which requires counsel to confer on all dispositive motions prior to filing them with the Court.  See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

    SO ORDERED.

                     _____
                     Paul L. Friedman
                     United States District Judge

Date: _____