## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jane Washburn Robinson <br> 404 Duke St <br> Alexandria, VA 22314 <br><br>                  Plaintiff, <br>     v. <br><br> The Washington Metropolitan Area Transit <br> Authority, <br><br>               Defendant. | Civil Action No. 1:07-cv-01072 |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXTENSION OF DEADLINES IN SCHEDULING ORDER

At the time of the initial status conference, the parties agreed to an aggressive schedule for completing discovery in this case. Since that time, two developments have made an extension of those deadlines necessary:

1.     First, Plaintiff's discovery against WMATA has not proceeded as planned. WMATA has refused to produce any documents in response to Plaintiff's written discovery requests beyond the materials attached to its initial Rule 26(a)(1) disclosures. Although the parties are still attempting to resolve this dispute over Plaintiff's written discovery without involvement from the Court, Plaintiff likely will need to contact chambers to schedule a conference on this issue, pursuant to paragraph 9 of the Scheduling Order. This delay in completing Plaintiff's written discovery has caused the remainder of the schedule to be unfeasible.

2.     Second, Plaintiff requests that the Court extend the deadlines to accommodate a scheduling conflict that has arisen with her counsel. Her agreement to the February 29, 2008 discovery cut-off date assumed that document discovery would be forthcoming and that her

counsel would in the city for the months of January and December.  But both her attorneys will

be unavailable for most of that period because of an MDL bellwether trial in federal court in

Little Rock, Arkansas.[1]  Plaintiff's counsel requests that it be afforded a reasonable extension of

the deadlines because of this conflict in their schedule.

      3.     As a result, Plaintiff requests that the remaining deadlines in the Scheduling Order

be modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2)(B) disclosures of retained experts | January 31, 2008 |
| Defendant's Rule 26(a)(2)(B) disclosures of retained experts | March 28, 2008 |
| Completion of Discovery | May 30, 2008 |
| Status Conference | At a time in May 2008 set by the Court. |

      4.     These extension of the deadlines will not prejudice WMATA in any way.

      5.     Pursuant to Local Rule 7(m), counsel for Plaintiff has conferred with counsel for

WMATA.  WMATA agrees only to a one-month enlargement of the dates (with the caveat that

Plaintiff and other fact witnesses must be deposed on January).  It does not agree to Plaintiff's

proposed extension of the deadlines.

**CONCLUSION**

     For the reasons set forth above, Plaintiff requests that the Court extend the deadlines in

the scheduling order for good cause shown.

---

[1] The MDL court only recently continued the trial, and counsel remain in Little Rock, where they
have been engaged in pretrial matters since November 14.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:  /s/ Richmond T. Moore_____
     F. Lane Heard III (D.C. Bar No. 291724)
     Richmond T. Moore (D.C. Bar No. 483811)

     725 12th Street, N.W.
     Washington, D.C. 20005
     (202) 434-5000
     (202) 434-5029 (fax)

*Attorneys for Plaintiff*

Dated:  November 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2007 a true and correct copy of the

foregoing Memorandum in Support of Motion For Extension of Deadlines in Scheduling Order

was served on the defendant at the address listed below through the Court's ECF system.

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

           /s/  Richmond T. Moore
           Richmond T. Moore

             WILLIAMS & CONNOLLY LLP
             725 12th Street, NW
             Washington, DC 20005-5901
             (202) 434-5000
             *rtmoore@wc.com*