UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE WASHBURN ROBINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1072 (PLF) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

On November 29, 2007, plaintiff requested an extension of discovery deadlines for two reasons: (1) discovery has not proceeded as quickly as planned and (2) plaintiff's counsel has scheduling conflicts during the months of December 2007 and January 2008. See Memorandum in Support of Motion for Extension of Deadlines in Scheduling Order [11] at 1-2. According to plaintiff, defendant does not consent to plaintiff's proposed extensions.

The Court concludes that plaintiff has shown good cause why the deadlines should be extended as proposed, and that defendant will not be prejudiced by said extensions. The Court further concludes that this case should be referred to a magistrate judge for management and resolution of all discovery-related issues.

Accordingly, it is hereby ORDERED that

1. Discovery shall be completed by May 30, 2008. The Court will issue a separate Order referring the case to a magistrate judge for management of discovery.

2. Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of

the Federal Rules of Civil Procedure are due by January 31, 2008.

       3.       Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by March 28, 2008.

       4.       Depositions of each party's retained experts shall be completed by May 30, 2008.

       5.       A further status conference is scheduled for May 22, 2007 at 9:30 a.m.

       6.       All other provisions of the initial Scheduling Order will remain in effect.

       7.       Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

       8.       Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

       SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 4, 2007