IN THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Jane Washburn Robinson,** | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 1:07-cv-1072 (PLF-DAR) |
| **The Washington Metropolitan Area Transit Authority,** | ) |
|  | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and for the reasons stated in the accompanying Memorandum in Support, Plaintiff Jane Washburn Robinson moves to compel Defendant Washington Metropolitan Area Transit Authority to answer and produce documents in response to her discovery requests.

    Respectfully submitted,

    /s/ Richmond T. Moore
    F. Lane Heard III (D.C. Bar No. 291724)
    Richmond T. Moore (D.C. Bar No. 483811)

    Williams & Connolly LLP
    725 Twelfth Street, NW
    Washington, DC  20005
    (202) 434-5000

    *Attorneys for Plaintiff Jane Washburn Robinson*

Dated: February 1, 2008

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February 2008 a true and correct copy of the foregoing Plaintiff's Motion to Compel Discovery was served on the defendant through the Court's ECF system.

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

                                          /s/  Richmond T. Moore
                                        Richmond T. Moore

                                          WILLIAMS & CONNOLLY LLP
                                          725 12th Street, NW
                                          Washington, DC 20005-5901
                                          (202) 434-5000
                                          *rtmoore@wc.com*