**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Jane Washburn Robinson,** | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 07-cv-1072 |
| **The Washington Metropolitan Area Transit Authority,** | ) |
|  | ) |
| Defendant. | ) |

**CONSENT MOTION TO RESCHEDULE HEARING**

For the following reasons, Plaintiff Jane Washburn Robinson moves the Court to reschedule the hearing currently set for Tuesday, February 26, at 10:00 a.m. to Thursday, March 28, 2007, at 11:30 a.m.:

1. Plaintiff's counsel is unable to attend the hearing on February 26 because they are in Little Rock, Arkansas awaiting a jury verdict in another matter. The jury began deliberating at the end of the day on Thursday, February 21, and had not returned a verdict as of mid-morning on Monday, February 25. As a result, Plaintiff's counsel will not be traveling back to Washington, D.C. until Tuesday, February 26 (at the earliest).

2. Upon request by Plaintiff's counsel, the Court's staff provided February 28, 2008, at 11:30 a.m., as an alternate time for the hearing.

3. Plaintiff's counsel has conferred with Defendant's counsel, Kathleen Carey, and she has consented to rescheduling the hearing.

Respectfully submitted,


 /s/  Richmond T. Moore
F. Lane Heard III
Richmond T. Moore

Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005
(202) 434-5000

*Attorneys for Plaintiff Jane Washburn Robinson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2008 a true and correct copy of the foregoing Consent Motion for Continuance of Hearing was served on the defendant at the address listed below through the Court's ECF system.

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

                                           /s/ Richmond T. Moore
                                           Richmond T. Moore

                                             WILLIAMS & CONNOLLY LLP
                                             725 12th Street, NW
                                             Washington, DC 20005-5901
                                             (202) 434-5000
                                             *rtmoore@wc.com*