UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 01072 (PLF) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WMATA'S MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO
<u>PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY</u>**

The Defendant WMATA comes before this Court and opposes the Plaintiff's Motion to Compel Deposition Testimony.

The issues raised in the Plaintiff's most recent motion to compel have been addressed by the parties in the Memoranda filed by each with respect to Magistrate Judge Robinson's Order of March 6, 2008. The objections by the Defendant to that order are currently pending before the Court, have been fully briefed by the parties and are now ripe for decision. The current motion to compel filed by the Plaintiff arises from the Defendant's advice and counsel to the deponent, Kevin McIlwain, not to respond to specific questions put to the deponent by Plaintiff's counsel. As the transcript submitted this date by Plaintiff's counsel in supplement to her Motion to Compel demonstrates, the areas of questioning, specifically the reasons for the termination of Mr. McIlwain from WMATA employment, which are

unrelated to the incident at bar, and the discipline imposed upon Mr. McIlwain, are the subject of the Objections filed by WMATA to Magistrate Robinson's Order.  If this Court sustains the Magistrate's ruling, the Defendant has indicated no objection to resuming the deposition of Mr. McIlwain at Plaintiff's request to complete questioning on the areas not answered by Mr. McIlwain.

Therefore, in opposition to the current motion by Plaintiff to compel, the Defendant incorporates by reference its Memorandum in Support of the Objections to Magistrate Robinson's ruling filed and served by the Defendant on March 20, 2008.

Respectfully submitted,

/s/
Kathleen A. Carey #357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
Kcarey@wmata.com

/s/
David J. Shaffer #413484
Assistant General Counsel
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorneys for Defendant WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant WMATA's Opposition to Plaintiff's Motion to Compel Discovery was served through the Court efiling this 14th day of April, 2008 to:

F. Lane Heard III
Richmond T. Moore
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

/s/
Kathleen A. Carey

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE WASHBURN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 CV 01072 (PLF) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Compel Deposition Testimony of Kevin McIlwain and the Defendant's Opposition thereto, it is by the Court this ____ day of _____, 2008:

ORDERED, that the Motion to Compel is denied.

_____
United States District Judge

Copies electronically to:

Kathleen A. Carey
David J. Shaffer
F. Lane Heard III
Richmond T. Moore