### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 CV 01072 (PLF) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

### DEFENDANT WMATA'S MOTION FOR A PROTECTIVE ORDER

Defendant WMATA, comes before this Court, through counsel, and pursuant to Fed. R. Civ. P. 26(c)(1) and moves for a protective order to prevent the deposition of Kevin McIlwain noted for May 20, 2008.

As support for the motion, the Defendant references as if included herein, the Objections to Magistrate Robinson's May 9, 2008 Order also filed this date. Since the issues which will be the focus of the deposition are not yet resolved, to require the Defendant to permit questions, regarding those issues, to be asked without objection, will in effect, make the Defendant's argument moot and deny its right to request this Court's ruling on Objections pursuant to Fed. R. Civ. P. 72(a).

Therefore the Defendant requests that the Court enter an order precluding the deposition of Kevin McIlwain scheduled for Monday, May 20, 2008 at 11:00 am.

MEMORANDUM OF POINTS AND AUTHORITIES

Fed. R. Civ. P. 26(c)(1).

                                          Respectfully submitted,

                                          _____/s/_____
                                          Kathleen A. Carey #357990
                                          Assistant General Counsel
                                          600 Fifth Street, N.W.
                                          Washington, D.C. 20001
                                          (202) 962-1496
                                          Kcarey@wmata.com
                                          Attorney for Defendant WMATA

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of Defendant WMATA's Motion for a Protective Order was served through the Court efiling this 16th day of May, 2008 to:

F. Lane Heard III
Richmond T. Moore
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005

                                          _____/s/_____
                                          Kathleen A. Carey

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JANE WASHBURN ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 01072 (PLF) |
| | ) | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

_____This matter came before the Court pursuant to the Defendant's Motion for a Protective Order Precluding the Deposition of Kevin McIlwain. After considering the motion, the opposition thereto and the record in this case, the Court finds and concludes that the motion should be granted.

_____Therefore, it is this ___ Day of _____, 2008

_____ORDERED the motion for a protective order is granted, and it is

_____FURTHER ORDERED that the deposition of Kevin McIlwain for May 20, 2008 not be taken.

                                                  United States District Court Judge

Copies electronically to:

Kathleen A. Carey
Counsel for Defendant

F. Lane Heard III
Richmond T. Moore
Counsel for Plaintiff

Case 1:07-cv-01072-PLF-DAR   Document 30   Filed 05/16/2008   Page 4 of 4