# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07 CV 01072 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### CONSENT MOTION TO CONTINUE THE MAY 23, 2008 STATUS CONFERENCE

The Defendant, WMATA, comes before this Court, through counsel, and pursuant to Fed R. Civ. P. 6(b)(1) and requests that the Court continue the status conference from May 23, 2008 to either May 27, May 28, or May 29, 2008 at 9:30 a.m. Counsel refers the Court to the Memorandum of Points and Authorities filed in support hereof.

Counsel for Plaintiff consents to the relief requested.

                                                                           Respectfully submitted,

                                                                            /s/
                                                             Kathleen A. Carey #357990
                                                            Assistant General Counsel
                                                            600 Fifth Street, N.W.
                                                            Washington, D.C.  20001
                                                            (202) 962-1496
                                                            Kcarey@wmata.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant WMATA's Motion to Continue the Status Conference was served through the Court efiling this 20th day of May, 2008 to:

F. Lane Heard III
Richmond T. Moore
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

                                  /s/
                              Kathleen A. Carey

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 01072 (PLF) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT
MOTION TO CONTINUE THE STATUS CONFERENCE

The Defendant comes before this Court, pursuant to Fed. R. Civ. P. 6(b)(1), and requests that the Court re-schedule the status conference in this matter from May 23, 2008 to May 27, May 28 or May 29, 2008. Defendant's counsel requests the continuance due to plans to be out of town on Friday, May 23, 2008. In addition, there are currently pending before the Court a number of matters involving discovery disputes between the parties. The brief continuance may possibly provide the Court with an opportunity to rule on those pending matters.

Counsel have conferred and agree on the proposed dates and times.

The Defendant requests, therefore, that the Court grant the motion and re-

schedule the status conference.

                                        Respectfully submitted,

                                        /s/
                                      Kathleen A. Carey #357990
                                      Assistant General Counsel
                                      600 Fifth Street, N.W.
                                      Washington, D.C.  20001
                                      (202) 962-1496
                                      Kcarey@wmata.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE WASHBURN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 CV 01072 (PLF) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | ) |
| Defendant. | ) |

O R D E R

This matter came before the Court pursuant to the consent motion by the Defendant to continue the scheduling conference. After considering the motion, the opposition thereto, and the record in this case, the Court finds and concludes that the motion should be granted.

Therefore, it is this ____ Day of May, 2008

ORDERED that the motion to reschedule the status conference is granted, and it is

FURTHER ORDERED that the status conference on May 23, 2008 is cancelled and is re-scheduled for May _____, 2008 at _____ a.m.

_____
Paul L. Friedman
U.S. District Court for the
District of Columbia

Copy to:

Kathleen A. Carey
Counsel for Defendant
kcarey@wmata.com

Richmond Moore
Counsel for Plaintiff
Rmoore@wc.com