UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jane Washburn Robinson,** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| | ) Civil Action No. 07-cv-1072 (PLF) |
| **The Washington Metropolitan Area Transit Authority,** | )<br>)<br>) |
| Defendant. | )<br>) |

**CONSENT MOTION TO**
**CONTINUE THE JUNE 18 STATUS CONFERENCE**

For the following reasons, Plaintiff requests that the Court continue the status conference currently set for June 18, 2008, at 2:45 p.m., until June 25, 2008, at 9:00 a.m.:

1. The status conference was originally set for May 23. On May 20, WMATA, with Plaintiff's consent, moved to continue the status conference until May 27, 28, or 29 because WMATA's counsel planned to be out of town on May 23.

2. The Court granted WMATA's motion and continued the status conference until June 18.

3. Plaintiff's counsel is planning to be out-of-town the week of June 16-20.

4. At the request of Plaintiff's counsel, the Court's staff provided June 25, 2008, at 9:00 a.m., as a potential alternate time for the status conference.

5. Plaintiff's counsel has conferred with WMATA's counsel, Kathleen Carey, and she has consented to this continuance.

2

        Respectfully submitted,


  /s/  Richmond T. Moore
F. Lane Heard III
Richmond T. Moore

    Williams & Connolly LLP
    725 Twelfth Street, NW
    Washington, DC  20005
    (202) 434-5000

*Attorneys for Plaintiff Jane Washburn Robinson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May 2008 a true and correct copy of the foregoing Consent Motion To Continue The June 18 Status Conference was served on the defendant at the address listed below through the Court's ECF system .

David J. Shaffer
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

                                              /s/  Richmond T. Moore
                                              Richmond T. Moore

                                              WILLIAMS & CONNOLLY LLP
                                              725 12th Street, NW
                                              Washington, DC 20005-5901
                                              (202) 434-5000
                                              *rtmoore@wc.com*