## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE WASHBURN ROBINSON,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07 CV 01072 (PLF/DAR) |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY,** ) | |
| ) | |
| Defendant ) | |

### NOTICE OF ENTRY OF APPEARANCES
(Pursuant to LCvR 83.6)

**TO THE CLERK:**

You will please enter the appearance of Nicholas S. Nunzio, Jr., Assistant General Counsel-WMATA, as co-counsel for the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") in this case.

Please note that Kathleen A. Carey, Assistant General Counsel-WMATA, remains as lead co-counsel for the Defendant WMATA in this case.

/s/
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 962-1028
Facsimile: (202) 962-2550
nnunzio@wmata.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of May 2008 a copy of the foregoing **Notice of Entry of Appearances (Pursuant to LCvR 83.6)** was served through the Court e-filing to:

F. Lane Heard III, Esquire
Richmond T. Moore, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

                                                          /s/
                                      Nicholas S. Nunzio, Jr #362578