## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JANE WASHBURN ROBINSON,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 07 CV 01072 (PLF/DAR) |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY,** ) | |
| ) | |
| Defendant ) | |
| ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCES
(Pursuant to LCvR 83.6)

**TO THE CLERK:**

You will please withdraw the appearance of David Shaffer, Assistant General Counsel-WMATA, as co-counsel for the Defendant Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA") in this case.

Please note that Kathleen A. Carey, Assistant General Counsel-WMATA, remains as lead co-counsel for the Defendant WMATA in this case.

/s/
David J. Shaffer #413484
Assistant General Counsel-WMATA
600 Fifth St., N.W.
Washington, D.C. 20001
Telephone: (202) 962-2820
Facsimile: (202) 962-2550
dshaffer@wmata.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 23rd day of May 2008 a copy of the foregoing **Notice of Withdrawal of Appearances (Pursuant to LCvR 83.6)** was served through the Court e-filing to:

F. Lane Heard III, Esquire
Richmond T. Moore, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005

                                                     /s/
                                   David J. Shaffer #413484