UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jane Washburn Robinson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 07-cv-1072 (PLF) |
| The Washington Metropolitan Area Transit Authority, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of June 25, 2008, the parties, by and through undersigned counsel, represent to the Court as follows regarding the status of this matter:

**I.  PENDING DISCOVERY-RELATED DISPUTES**

There are two related discovery disputes remaining for the Court to resolve:

**A.  WMATA's Objections to Judge Robinson's March 6, 2008 Discovery Order**

The primary discovery dispute remaining for this Court to resolve is WMATA's Objections to Magistrate Judge Robinson's March 6, 2008 order regarding Plaintiff's Motion to Compel Discovery. The following are the relevant pleadings on this issue:

1.  On March 6, 2008, Magistrate Judge Robinson entered the following order:

    Proceedings held before Magistrate Judge Deborah A. Robinson on Plaintiff's Motion to Compel (Document No. 15) [Documents Nos. 15-19]. The Court GRANTS IN PART Plaintiff's Motion to Compel for the reasons set forth on the record. Defendant is ORDERED to serve the compelled discovery on Plaintiff no later than March 27, 2008. Defendant is further ORDERED to make available to Plaintiff's counsel the discovery compelled for Category 2 prior to the scheduled March 25, 2008 deposition.

2.  On March 20, 2008, WMATA filed objections to the above Order. (**Document No. 21**).

      3.      Plaintiff filed her response to WMATA's Objections on April 3, 2008. (**Document No. 23**).

      4.      WMATA filed a reply to Plaintiff's response on April 11, 2008. (**Document No. 24**).

      5.      On May 21, 2008, Plaintiff filed a supplemental memorandum in response to WMATA's objections to Judge Robinson's order. (**Document No. 33**).

      **B.**      **WMATA's Objections to Judge Robinson's May 9, 2008 Discovery Order**

The second remaining discovery issue is WMATA's objections to Magistrate Judge Robinson's May 9, 2008 order regarding Plaintiff's Motion to Compel Deposition Testimony from WMATA Bus Driver and for Sanctions. This issue involves the same subject matter as WMATA's objections to the March 6 order and will be largely resolved by the Court's ruling on that issue. Specifically, if the Court affirms Judge Robinson's March 6 order, then WMATA does not object to Plaintiff re-deposing Mr. McIlwain. The only issue left for this Court to resolve will be WMATA's objections to Judge Robinson's award of sanctions. If the Court reverses Judge Robinson's March 6 Order, then it will also be reversing Judge Robinson's May 9 order and denying Plaintiff's Motion to Compel Deposition Testimony from WMATA Bus Driver and for Sanctions. The following are the relevant pleadings on this issue:

      1.      On April 3, 2008 Plaintiff filed a Motion to Compel Deposition Testimony from WMATA Bus Driver and for Sanctions. (**Document No. 22**).

      2.      On April 14, 2008, Plaintiff filed a supplemental memorandum in support of its Motion to Compel Deposition Testimony from WMATA Bus Driver and for Sanctions. (**Document No. 27**).

      3.      On April 15, 2008, WMATA filed an opposition to Motion to Compel Deposition Testimony from WMATA Bus Driver and for Sanctions. (**Document No. 28**).

    4.      On May 9, 2008, Magistrate Judge Robinson entered the following Minute Order:

> MINUTE ORDER by Magistrate Judge Deborah A. Robinson on 5/9/08:Plaintiffs Motion to Compel Deposition Testimony From WMATA Bus Driver and Motion for Sanctions (Document No. 22) GRANTED for the reasons set forth in the motion and supplemental memorandum in support thereof (Document No. 27); the deposition for which the instant order provides shall be completed by no later than May 20, 2008; for the same reasons, Plaintiff is awarded her costs pursuant to Rule 37, and said costs shall be paid by no later than May 22, 2008.

    5.      On May 16, 2008, Defendant WMATA filed objections to Magistrate Judge Robinson's May 9 Minute Order.  (**Document No. 29**).

## II.    ADDITIONAL DEPOSITIONS

Discovery closed on May 30, 2008.  The parties agreed to postpone two depositions noticed by Plaintiff before the discovery cut-off because the scope of the testimony would be impacted by the Court's ruling on the pending discovery issues discussed above:  (i) the continuation of Mr. McIlwain's deposition; and (ii) the deposition of Mr. Norman Williams, his supervisor.  Plaintiff requests that she be allowed thirty (30) days from the date this Court rules on the unresolved discovery matters to complete these depositions.[1]

## III.    STATUS CONFERENCE

The parties believe that it would be helpful to have a short status conference to answer any remaining questions the Court may have about the status of discovery and to discuss scheduling a pretrial conference.   The parties are available on July 14, 15, and 16 at any time for the status conference.

---

[1]    Plaintiff will take Mr. Williams's deposition regardless of how the Court rules.  The Court's ruling will only affect its scope.  Mr. McIlwain's second deposition depends entirely on the Court's ruling.  Plaintiff also reserved the right to depose Robert Ballard, another of McIlwain's supervisors, depending on what documents WMATA produces and what information Mr. Williams and Mr. McIlwain can provide.

3

Respectfully submitted,

**WILLIAMS & CONNOLLY, LLP**

_____/s/_____
F. Lane Heard III (D.C. Bar No. 291724)
Richmond T. Moore (D.C. Bar No. 483811)
Attorneys for the Plaintiff
725 12th Street, N.W.
Washington, D.C.  20005
(202) 434-5688
E-mail: rtmoore@wc.com


**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

_____/s/_____
Kathleen A. Carey #357990
Nicholas S. Nunzio, Jr. #362578
Assistant General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
E-mail:kcarey@wmata.com
          nnunzio@wmata.com

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of July 2008 a true and correct copy of the foregoing Joint Status Report was served on the defendant at the address listed below through the Court's ECF system .

Nicholas S. Nunzio, Jr.
Kathleen Ann Carey
WASHINGTON METROPOLITAN TRANSIT AUTHORITY
600 Sixth Street, NW
Washington, DC 20001
dshaffer@wmata.com
kcarey@wmata.com

              /s/  Richmond T. Moore
              Richmond T. Moore

               WILLIAMS & CONNOLLY LLP
               725 12th Street, NW
               Washington, DC 20005-5901
               (202) 434-5000
               *rtmoore@wc.com*